**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.: 65000790 LCG

08 CV 00001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SWAIN

---------------------------------------------------------------x
FORTIS CORPORATE INSURANCE a/s/o
SECO STEEL,

                Plaintiff,

   -against-

M/V "ATLANTICA", her engines, boilers, etc.,
SK SHIPPING and, DELFIC GRACE SHIPPING
c/o ALL OCEANS SHIPPING CO., LTD,

                Defendants.
---------------------------------------------------------------x

Case No.: 08 Civ. 00001 (LTS)
       (Magistrate Judge Henry Pitman)

**STATEMENT PURSUANT TO RULE 7.1**

RECEIVED JAN 02 2008 U.S.D.C. S.D.N.Y. CASHIER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

                          See Attachment

Dated: New York, New York
       January 2, 2008

                                                Lawrence C. Glynn (LG 6431)

**Fortis Companies alphabetical**

| | |
|---|---|
| Ardanta | Fortis Intertrust |
| Bank van De Post | Fortis Intertrust (in British West Indies) |
| De Amersfoortse | Fortis Intertrust (in China) |
| DEFAM Financieringen bv, DEFAM Credit bv, DEFAM Flex bv en DEFAM Totaal bv | Fortis Intertrust (in Denmark) |
| | Fortis Intertrust (in Ireland) |
| Direktbank | Fortis Intertrust (in the United Kingdom) |
| Europeesche Verzekeringen | Fortis Intertrust (in the United States) |
| Falcon Leven | Fortis Intertrust (Isle of Man) |
| FB Brokerage | Fortis Intertrust (on Curaçao) |
| Fintro | Fortis Investments (in Austria) |
| Fondo Nazca FCR | Fortis Investments (in Belgium) |
| Fortis (Channel Islands) | Fortis Investments (in China) |
| Fortis (in Turkey) | Fortis Investments (in France) |
| Fortis (in Turkey, for companies) | Fortis Investments (in Germany) |
| Fortis ASR | Fortis Investments (in Hong Kong) |
| Fortis Assurances | Fortis Investments (in Indonesia) |
| Fortis Assurances Luxembourg | Fortis Investments (in Italy) |
| Fortis Bank (for companies) | Fortis Investments (in Japan) |
| Fortis Bank (in Algeria) | Fortis Investments (in Luxembourg) |
| Fortis Bank (in Belgium) | Fortis Investments (in Russia) |
| Fortis Bank (in Belgium, for companies) | Fortis Investments (in Spain) |
| Fortis Bank (in Brazil) | Fortis Investments (in Switzerland) |
| Fortis Bank (in China) | Fortis Investments (in the Netherlands) |
| Fortis Bank (in Czech Republic, for companies) | Fortis Investments (in the United Kingdom) |
| Fortis Bank (in France) | Fortis Investments (in the United States) |
| Fortis Bank (in France, for companies) | Fortis Investments Japan Holding Co. Ltd. |
| Fortis Bank (in Germany, for companies) | Fortis Investments Trust Management Co. Ltd. |
| Fortis Bank (in Greece) | Fortis Lease (in Belgium) |
| Fortis Bank (in India) | Fortis Lease (in Czech Republic) |
| Fortis Bank (in Indonesia) | Fortis Lease (in France) |
| Fortis Bank (in Italy, for companies) | Fortis Lease (in Germany) |
| Fortis Bank (in Luxembourg, for companies) | Fortis Lease (in Hungary) |
| Fortis Bank (in Mexico) | Fortis Lease (in Italy) |
| Fortis Bank (in Norway) | Fortis Lease (in Luxembourg) |
| Fortis Bank (in Poland) | Fortis Lease (in Poland) |
| Fortis Bank (in Poland, for companies) | Fortis Lease (in Portugal) |
| Fortis Bank (in Portugal, for companies) | Fortis Lease (in Romania) |
| Fortis Bank (in South Korea) | Fortis Lease (in Spain) |
| Fortis Bank (in Spain, for companies) | Fortis Lease (in Switzerland) |
| Fortis Bank (in Switzerland, for companies) | Fortis Lease (in the Netherlands) |
| Fortis Bank (in Taiwan) | Fortis Lease (in the United Kingdom) |
| Fortis Bank (in the Netherlands) | Fortis Lease (in Turkey) |
| Fortis Bank (in the Netherlands, for companies) | Fortis Life Insurance (in Russia) |
| Fortis Bank (in the Philippines) | Fortis Life Insurance Ukraine |
| Fortis Bank (in the United Kingdom, for companies) | Fortis MeesPierson (in the Netherlands) |
| Fortis Bank (in Vietnam) | Fortis Merchant Banking |
| Fortis Banque (in the United Arab Emirates) | Fortis Merchant Banking (in Australia) |
| Fortis Banque Luxembourg | Fortis Merchant Banking (in Belgium) |
| Fortis Banque Suisse | Fortis Merchant Banking (in Germany) |
| Fortis Commercial Finance (in Belgium) | |

http://www.fortis.com/companies/alphabetical.asp                                    12/27/2007

| | |
|---|---|
| Fortis Commercial Finance (in Denmark) | Fortis Merchant Banking (in Hong Kong) |
| Fortis Commercial Finance (in France) | Fortis Merchant Banking (in Ireland) |
| Fortis Commercial Finance (in Germany) | Fortis Merchant Banking (in Japan) |
| Fortis Commercial Finance (in Italy) | Fortis Merchant Banking (in Luxembourg) |
| Fortis Commercial Finance (in Luxembourg) | Fortis Merchant Banking (in the Netherlands) |
| Fortis Commercial Finance (in Poland) | Fortis Merchant Banking (in the United Kingdom) |
| Fortis Commercial Finance (in Spain) | Fortis Merchant Banking (in the United States) |
| Fortis Commercial Finance (in Sweden) | Fortis Merchant Banking (Isle of Man) |
| Fortis Commercial Finance (in the Netherlands) | Fortis Merchant Banking (on Curaçao) |
| Fortis Commercial Finance (in the United Kingdom) | Fortis Merchant Banking (on the Cayman Islands) |
| Fortis Corporate Insurance (in Belgium) | Fortis Pension Fund Services |
| Fortis Corporate Insurance (in the Netherlands) | Fortis Private Banking (in Belgium) |
| Fortis Credit4me GmbH | Fortis Private Banking (in Hong Kong) |
| Fortis Deutschland Lebensversicherung AG | Fortis Private Banking (in Italy) |
| Fortis Employee Benefits (in the Netherlands) | Fortis Private Banking (in Luxembourg) |
| Fortis Escrow Services | Fortis Private Banking (in Singapore) |
| Fortis Faktoring | Fortis Private Banking (in Spain) |
| Fortis Gestion Privée (in France) | Fortis Private Banking (in Sweden) |
| Fortis Insurance Belgium | Fortis Private Banking (in the United Kingdom) |
| Fortis Insurance Belgium - Employee Benefits | Fortis Real Estate NV |
| Fortis Insurance Company (Asia) Limited | Fortis Vastgoed Landelijk |
| Fortis Insurance Limited | Fortis Vastgoed Ontwikkeling |
| Fortis Intertrust | Fortis Vastgoed Vermogensbeheer |
| Fortis Intertrust | Fortis Verzekeringen Nederland |
| Fortis Intertrust | KIT Fortis Investments |
| Fortis Intertrust | MeesPierson Horwath Management Consultants Ltd. |
| Fortis Intertrust | Visa Card Services / International Card Services BV |
| | VON ESSEN GmbH & Co.KG Bankgesellschaft |

Disclaimer   Security