UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FORTIS CORPORATE INSURANCE
a/s/o SECO STEEL

                Plaintiff,                No. 08 Civ. 1 (LTS) (HBP)

   -against-

M/V "ATLANTICA", her engines, boilers, etc.,
SK SHIPPING, DELFIC GRACE SHIPPING, LTD.,
c/o ALL OCEANS SHIPPING CO., LTD.,

                Defendants
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK)

        SALMA ABDALLAH, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiff. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2. On January 10, 2008, I served the annexed **INITIAL CONFERENCE ORDER** upon the following:

Delfic Grace Shipping
c/o All Oceans Shipping Co., Ltd
2nd Floor
Anavryta 2 Building
227 Kifisias Avenue
Kifisias Avenue
Kifisia
145 61 Athens, Greece

SK Shipping
19th Floor, Namsam Building, 267, 5-ga
Namdaemun-ro, Chung-gu
Seoul, Korea 100-711

at the address(es) designated by said attorney(s) for that purpose, by depositing true copy(ies) of same enclosed in postpaid, properly addressed wrapper(s) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
SALMA ABDALLAH

Sworn to before me this
10th day of January, 2008

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20_10_

2