UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FORTIS CORPORATE INSURANCE a/s/o          :          08 Civ. 0001 (LTS)
SECO STEEL,                                :
                                           :          ECF CASE
      Plaintiff,                           :
                                           :          DEFENDANT DELFIC GRACE
-against-                                  :          SHIPPING , LTD'S RULE
                                           :          7.1 STATEMENT
M/V ATLANTICA, her engines, boilers, etc. :
SK SHIPPING and DEFLIC GRACE SHIPPING :
LTD., c/o ALL OCEANS SHIPPING CO., LTD., :
                                           :
      Defendants.                          :
-------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                      NONE.

Dated: February 29, 2008
       New York, NY

                             The Plaintiff,
                             DELFIC GRACE SHIPPING LTD.

                           By: _____
                                Thomas L. Tisdale (TT 5263)
                                TISDALE LAW OFFICES, LLC
                                11 West 42nd Street, Suite 900
                                New York, NY 10036
                                (212) 354-0025 – phone
                                (212) 869-0067 – fax
                                ttisdale@tisdale-law.com

## **AFFIRMATION OF SERVICE**

I hereby certify that on February 29, 2008, a copy of the foregoing DEFENDANT

DELFIC GRACE SHIPPING LTD.'s RULE 7.1 STATEMENT was filed electronically and

served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by

e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone

unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF

system.

Thomas L. Tisdale