## Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN†
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON ∇
SCOTT D. CLAUSEN †
JANA SPERRY † ◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
∇ ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN NORTH CAROLINA

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

NEW JERSEY OFFICE:

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

March 25, 2008

Direct Email:
lglynn@nicolettihornig.com

**MEMO ENDORSED**

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Attention: Honorable Laura Taylor Swain

Re:   Fortis Corporate Insurance a/s/o Seco Steel
      vs. M/V "Atlantica", her engines, boilers, etc.,
      Sk Shipping, Delfic Grace Shipping, Ltd. c/o,
      All Oceans Shipping Co., Ltd.,
      United States District Court; Southern District of New York
      Docket No.    :    08-Civ. 1(LTS) (HBP)
      Our File No.  :    65-000790 LCG/MJL

Dear Judge Swain:

      We represent Fortis Corporate Insurance ("Fortis") a/s/o Seco Steel ("Seco"), in the above referenced matter.

      An initial pre-trial conference is currently scheduled for April 4, 2008 at 11:45 a.m. in Courtroom No. 17C. However, we are actively pursuing settlement with defendants and anticipate reaching a settlement agreement shortly. As such, the parties request a brief adjournment on consent of the initial pre-trial conference.



March 25, 2008
Page 2

Your Honor's consideration in this regard is greatly appreciated.

Respectfully yours,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*

Lawrence C. Glynn

LCG/s/sa

cc:

**VIA AIRMAIL**
SK Shipping
19th Floor, Namsam Building, 267, 5-ga
Namdaemun-ro, Chung-gu
Seoul, Korea 100-711

**VIA REGULAR MAIL**
Lamorte Burns & Co, Inc.
For Defendant Sk Shipping
400 Oceangate, Suite 450
Long Beach, CA 90802-4389

Attention:   Wendy Wang

**VIA REGULAR MAIL**
Tisdale Law Offices, LLC
Attorneys for Defendant Delfic Grace Shipping
11 West 42nd Street, Suite 900
New York, NY 10036

Attention:   Claurisse Campanale-Orozco

X:\Public Word Files\65\790\Adjournment Request (3-25-08) sa.doc

---

*Handwritten order:*

The conference is adjourned to May 9, 2008, and the related deadlines are modified accordingly. The adjourned conference will be held at 9:45 AM.

SO ORDERED.

*[signature]* 3/31/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE