USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
FORTIS CORPORATE INSURANCE a/s/o
SECO STEEL,

                Case No.: 08 Civ. 0001 (LTS)

              Plaintiff,

              **NOTICE AND ORDER
OF DISMISSAL**

-against-

M/V "ATLANTICA", her engines, boilers, etc.,
SK SHIPPNIG and DELFIC GRACE SHIPPING,
LTD., c/o ALL OCEANS SHIPPING CO. LTD.,

              Defendants.
----------------------------------------------------------------x

       PLEASE TAKE NOTICE that the above captioned matter is hereby dismissed in its entirety pursuant to Fed. R. Civ. P. Rule 41(a)(1) without prejudice.

       Yours, etc.,

       **NICOLETTI HORNIG & SWEENEY**
       Attorneys for Plaintiff

       By: _____
       Lawrence C. Glynn (LG 6431)
       Wall Street Plaza
       88 Pine Street
       New York, New York
       (212) 220-3830
       NH&S File No.: 65000790/796LCG

Dated: New York, New York
      May 2, 2008

SO ORDERED:

_____
                             U.S.D.J.